OLF 7 (Official Local Form 7)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re David John McLaughlin

Case No. 19-41625

Chapter 13

Debtor

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] __D. Anthony Sottile__ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my _Notice of Postpetition Mortgage Fees, Expenses, and Charges_ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 12/18/2019

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed:_____
(Attorney for Affiant - /s/used by Registered ECF Users Only)

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | David John McLaughlin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: _____ District of Massachusetts (State) | |
| Case number | 19-41625 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Home Point Financial Corporation

Court claim no. (if known): 2-1

Last 4 digits of any number you use to identify the debtor's account:  3 9 0 2

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: \_\_/\_\_/\_\_

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 11/15/2019 Plan Review, Proof of Claim, and 410A prep | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | David John McLaughlin | Case number (if known) 19-41625 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x /s/ Signature                                   Date 12 / 18 / 2019

Print: D. Anthony Sottile                         Title Authorized Agent for Creditor
       First Name  Middle Name  Last Name

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
         Number      Street
         Loveland, OH 45140
         City         State   ZIP Code

Contact phone ( 513 ) 444 – 4100              Email bankruptcy@sottileandbarile.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
Home Point Financial Corporation
ATTN: PAYMENT PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE #** ▮
**DATE** 11/15/2019

**S&B FILE NUMBER**
▮

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| McLaughlin, David · ▮ | Proof of Claim and plan review | 1 | 650.00 | 650.00 |
| McLaughlin, David · ▮ | 410A prep | 1 | 250.00 | 250.00 |

**BALANCE DUE** $900.00

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WORCESTER DIVISION

| | |
|---|---|
| In Re: | Case No. 19-41625 |
| David John McLaughlin | Chapter 13 |
| Debtor. | Judge Elizabeth D. Katz |

## CERTIFICATE OF SERVICE

I certify that on December 18, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Vincenzo Pesce, Debtor's Counsel
    vincenzo@zannipescelaw.com

    Denise M. Pappalardo, Chapter 13 Trustee
    denisepappalardo@ch13worc.com

    Richard King, Office of the United States Trustee
    ustpregion01.wo.ecf@usdoj.gov

I further certify that on December 18, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    David John McLaughlin, Debtor
    348 Treble Cove Road
    North Billerica, MA 01862

Dated: December 18, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com